

|  | THE CITY OF NEW YORK |  |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ANDREW LUCAS**<br>Assistant Corporation Counsel<br>Phone: (212) 788-1273<br>Fax: (212) 788-4123<br>alucas@law.nyc.gov |

August 6, 2012

**BY ECF**
Honorable I. Leo Glasser
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: Angela Richino et al. v. City of New York, et al.,
     12 CV 1242 (ILG) (SMG)

Your Honor:

  I am an Assistant Corporation Counsel who has been assigned to represent defendants in the above-referenced action. The parties in this action have reached a settlement agreement. To that end, upon receipt of the fully executed original Stipulation and Order of Settlement and Dismissal, the undersigned will forward same to the Court for Your Honor's signature and filing.

  Also, as this matter has been resolved, please consider this request to adjourn the settlement conference, currently scheduled for September 7 2012, without a date.

  Thank you for your consideration.

             Respectfully submitted,

             /s/
             Andrew Lucas
             Assistant Corporation Counsel

  cc: Vikrant Pawar, Esq.
      Attorneys for Plaintiffs